CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **In re Subpoena to** | Case No.: 1:22-mc-265 |
| **Leaseweb USA, Inc.** | |

<u>DECLARATION PURSUANT TO 17 U.S.C. 512(h)</u>

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1.  I am an attorney licensed to practice law in Hawai'i and represent the Owners of copyright protected motion picture.

2.  This declaration is made in support of the accompanying subpoena, pursuant to 17 USC 512(h)(2)(C).

3.  The purpose of the accompanying Subpoena is to obtain the identities of the alleged copyright infringers, namely the subscribers distributing the motions picture without authorization and in many cases promoting their unauthorized distribution.  The information obtained will be used only for the purpose of protecting the rights granted to the respective copyright owner.

20-023Pb

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 24, 2022.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Owner/Requestor

20-023Pb