| NO | IP | PORT | Torrent Hash | Torrent Name | Hit Date (UTC) |
|---|---|---|---|---|---|
| 11150 | 23.81.112.241 | 51378 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 5:33:57 |
| 11153 | 23.81.112.241 | 62123 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 11:07:59 |
| 11154 | 23.81.112.241 | 62839 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 12:14:29 |
| 11155 | 23.81.112.241 | 51109 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 12:15:39 |
| 11156 | 23.81.112.241 | 49798 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 16:22:35 |
| 11159 | 23.81.112.241 | 55759 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 17:26:22 |
| 11160 | 23.81.112.241 | 49819 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 18:27:15 |
| 11161 | 23.81.112.241 | 62670 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 19:30:04 |
| 11162 | 23.81.112.241 | 63329 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 20:33:38 |
| 11163 | 23.81.112.241 | 64650 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 20:51:50 |
| 11164 | 23.81.112.241 | 60763 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 20:55:26 |
| 11165 | 23.81.112.241 | 56514 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 21:54:23 |
| 11166 | 23.81.112.241 | 50742 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 21:58:02 |
| 11167 | 23.81.112.241 | 57590 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 22:55:04 |
| 11168 | 23.81.112.241 | 50178 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/3/2022 22:58:54 |
| 11169 | 23.81.112.241 | 50874 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 0:00:00 |
| 11170 | 23.81.112.241 | 61951 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 1:00:15 |
| 11171 | 23.81.112.241 | 57264 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 2:03:11 |
| 11172 | 23.81.112.241 | 63872 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 3:07:23 |
| 11173 | 23.81.112.241 | 55509 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 4:08:12 |
| 11174 | 23.81.112.241 | 54648 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 5:08:43 |
| 11175 | 23.81.112.241 | 57448 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 14:24:33 |
| 11176 | 23.81.112.241 | 57441 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 14:24:33 |
| 11177 | 23.81.112.241 | 54478 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 15:24:51 |
| 11178 | 23.81.112.241 | 55981 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 15:25:39 |
| 11179 | 23.81.112.241 | 59339 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 16:25:26 |
| 11180 | 23.81.112.241 | 57216 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 17:26:09 |
| 11181 | 23.81.112.241 | 61007 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 17:27:17 |
| 11182 | 23.81.112.241 | 60589 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 18:02:30 |
| 11183 | 23.81.112.241 | 52069 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 20:23:54 |
| 11184 | 23.81.112.241 | 64525 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 21:24:16 |
| 11185 | 23.81.112.241 | 62755 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 22:27:20 |
| 11186 | 23.81.112.241 | 60645 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 22:54:50 |
| 11187 | 23.81.112.241 | 57603 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 23:28:22 |
| 11188 | 23.81.112.241 | 57808 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/4/2022 23:55:32 |
| 11189 | 23.81.112.241 | 50793 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 0:29:01 |
| 11190 | 23.81.112.241 | 65284 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 0:56:35 |
| 11191 | 23.81.112.241 | 59269 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 5:51:24 |
| 11192 | 23.81.112.241 | 60907 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 10:06:57 |
| 11193 | 23.81.112.241 | 62949 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 10:08:02 |
| 11194 | 23.81.112.241 | 51474 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 10:33:37 |
| 11195 | 23.81.112.241 | 55674 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 11:11:11 |
| 11196 | 23.81.112.241 | 54881 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 11:39:33 |
| 11197 | 23.81.112.241 | 55345 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 12:14:01 |
| 11198 | 23.81.112.241 | 60009 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 12:40:26 |
| 11199 | 23.81.112.241 | 57519 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 13:40:38 |
| 11200 | 23.81.112.241 | 60629 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 14:43:33 |
| 11201 | 23.81.112.241 | 55018 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 16:07:58 |
| 11202 | 23.81.112.241 | 59499 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 16:47:47 |
| 11203 | 23.81.112.241 | 61989 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 17:09:14 |
| 11204 | 23.81.112.241 | 55670 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 18:12:13 |
| 11205 | 23.81.112.241 | 54146 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/5/2022 19:13:13 |
| 11212 | 23.81.112.241 | 55710 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 0:45:41 |
| 11215 | 23.81.112.241 | 54287 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 1:47:48 |
| 11218 | 23.81.112.241 | 50702 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 2:49:56 |
| 11219 | 23.81.112.241 | 55678 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 2:51:02 |
| 11220 | 23.81.112.241 | 58177 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 3:50:35 |
| 11221 | 23.81.112.241 | 60413 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 3:51:44 |
| 11222 | 23.81.112.241 | 56872 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 4:51:13 |
| 11223 | 23.81.112.241 | 60032 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 4:52:17 |
| 11224 | 23.81.112.241 | 51790 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 5:12:30 |
| 11225 | 23.81.112.241 | 56164 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 5:53:17 |
| 11226 | 23.81.112.241 | 62546 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 6:01:50 |
| 11227 | 23.81.112.241 | 52764 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 7:03:43 |
| 11228 | 23.81.112.241 | 56543 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 8:04:24 |
| 11229 | 23.81.112.241 | 64411 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Fiklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 8:45:08 |
| 11230 | 23.81.112.241 | 49769 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 9:46:36 |
| 11231 | 23.81.112.241 | 59377 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 9:49:59 |

**Exhibit "A"**

| | | | | | |
|---|---|---|---|---|---|
| 11232 | 23.81.112.241 | 63922 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 10:49:40 |
| 11233 | 23.81.112.241 | 64477 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 11:51:56 |
| 11234 | 23.81.112.241 | 60477 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 12:53:53 |
| 11235 | 23.81.112.241 | 58865 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 13:17:17 |
| 11236 | 23.81.112.241 | 49320 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 14:18:45 |
| 11237 | 23.81.112.241 | 53325 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 15:22:09 |
| 11238 | 23.81.112.241 | 61113 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 15:37:44 |
| 11239 | 23.81.112.241 | 56058 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 16:22:44 |
| 11240 | 23.81.112.241 | 63184 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 16:38:39 |
| 11241 | 23.81.112.241 | 57603 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 17:23:04 |
| 11242 | 23.81.112.241 | 53341 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 17:41:38 |
| 11243 | 23.81.112.241 | 49290 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 18:23:45 |
| 11244 | 23.81.112.241 | 56792 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/6/2022 18:44:26 |
| 11245 | 23.81.112.241 | 58996 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/7/2022 12:41:27 |
| 11250 | 23.81.112.241 | 58379 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/7/2022 13:42:13 |
| 11252 | 23.81.112.241 | 53947 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/7/2022 15:36:44 |
| 11253 | 23.81.112.241 | 56983 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/7/2022 16:38:57 |
| 11254 | 23.81.112.241 | 65361 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/7/2022 17:41:26 |
| 11255 | 23.81.112.241 | 49298 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/8/2022 2:08:12 |
| 11256 | 23.81.112.241 | 53003 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/8/2022 3:10:47 |
| 11257 | 23.81.112.241 | 53140 | 5C620FD5694A4B0874F732970AAFE23E536F2FE8 | Blacklight (2022) [1080p] [WEBRip] [5.1] [YTS.MX] | 4/8/2022 4:11:44 |
| 11259 | 23.81.112.241 | 47373 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 1:03:49 |
| 11261 | 23.81.112.241 | 42009 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 1:07:20 |
| 11264 | 23.81.112.241 | 49089 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 2:13:40 |
| 11265 | 23.81.112.241 | 57925 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 2:27:36 |
| 11268 | 23.81.112.241 | 40397 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 3:21:54 |
| 11269 | 23.81.112.241 | 47797 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 3:29:13 |
| 11270 | 23.81.112.241 | 37893 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 3:42:12 |
| 11271 | 23.81.112.241 | 41525 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 3:43:08 |
| 11276 | 23.81.112.241 | 37441 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 4:46:55 |
| 11279 | 23.81.112.241 | 41417 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 5:48:00 |
| 11282 | 23.81.112.241 | 33263 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 6:48:54 |
| 11284 | 23.81.112.241 | 43685 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 7:49:40 |
| 11286 | 23.81.112.241 | 43355 | 4BA93941BCC69CE353A13195A64D5D4CF36BA3D8 | Blacklight.2022.1080p.WEBRip.x265-RARBG | 4/9/2022 8:49:53 |